UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY WILLIAMS,

                Petitioner,

    -against-

J. NOETH,

                Respondent.

21-CV-00054 (LLS)

ORDER OF DISMISSAL

LOUIS L. STANTON, United States District Judge:

    Petitioner was incarcerated in Marcy Correctional Facility when he filed this *pro se* petition under 28 U.S.C. § 2254, challenging his 2013 state court conviction. On January 6, 2021, the Court directed Petitioner to show cause, within sixty days, why the petition should not be dismissed as untimely. On January 22, 2021, the order was returned to the Court with a notation on the envelope indicating that Petitioner had been released from custody and that no forwarding address was available. Petitioner has not complied with the Court's order, and has failed to notify the Court of a change of mailing address or initiate any further contact with the Court. Accordingly, the petition, filed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1), is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

SO ORDERED.

Dated:   April 15, 2021
          New York, New York

                                                                           _Louis L. Stanton_
                                                                            Louis L. Stanton
                                                                               U.S.D.J.