UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY WILLIAMS,<br><br>                            Petitioner,<br><br>       -against-<br><br>J. NOETH,<br><br>                            Respondent. | 21-CV-00054 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued April 15, 2021, dismissing the petition,

      IT IS ORDERED, ADJUDGED AND DECREED that the petition is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 15, 2021
             New York, New York

                                                                     *Louis L. Stanton*
                                                                     Louis L. Stanton
                                                                         U.S.D.J.