```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                    :
ANTHONY WILLIAMS,                                                   :
                                                                    :
                              Petitioner,                           :
                                                                    :       21-cv-0054 (LJL)
         -v-                                                        :
                                                                    :          ORDER
J. NOETH,                                                           :
                                                                    :
                              Respondent.                           :
                                                                    :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

      Respondent filed a motion to dismiss the habeas petition on October 25, 2021.  Petitioner, Williams, has not responded.  Petitioner is directed to respond to the motion to dismiss by **June 3, 2022**, or the Court will consider the motion as unopposed.

      The Clerk of Court is respectfully directed to mail a copy of this Order to the pro se petitioner along with a copy of the papers at Dkt. No. 26.

      SO ORDERED.

Dated: April 4, 2022  
       New York, New York  
                                              LEWIS J. LIMAN  
                                            United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 04/04/2022