**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
ANTHONY WILLIAMS,

                Plaintiff,

   -against-                                   21 **CIVIL** 54 (LJL)

                                                                    **JUDGMENT**

J. NOETH,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 25, 2022, the motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      July 26, 2022

                                                                      **RUBY J. KRAJICK**

                                                                      **Clerk of Court**
                                          **BY:**    *K. Mango*

                                                                      **Deputy Clerk**